**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DISTRICT
AT COVINGTON**

**CIVIL ACTION NO. 09-217-DLB**

**RYAN JUSTUS ANDERSON**                                                                 **PLAINTIFF**

vs.                                                        <u>**ORDER**</u>

**GAP, INC.**                                                                                      **DEFENDANT**

* * * * * * * * * * *

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends the case be dismissed without prejudice based upon Plaintiff's failure to effect service on the Defendant pursuant to Federal Rule of Civil Procedure 4(m). (Doc. #10). In order to provide Plaintiff with adequate notice, on June 24, 2010, the Magistrate Judge entered a Memorandum Order (Doc. #9) notifying Plaintiff of the Court's intent to dismiss and directed Plaintiff to "show cause in writing within **TWENTY DAYS** ... why the complaint should not be dismissed without prejudice for failure of service of process." Plaintiff failed to file any response to the Court's Order. Thereafter, on July 15, 2010, the Magistrate Judge issued his R&R.

No objections to the R&R have been filed, and the time to do so has now expired. Upon review of the R&R, and the Court being in complete agreement with the analysis and conclusions contained therein, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation (Doc. #10) is hereby

1

**ADOPTED** as the Findings of Fact and Conclusions of Law of the Court; and

2. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure of service of process pursuant to Rule 4(m).

This 3rd day of August, 2010.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Cov09\09-217 Order adopting R&R.wpd